

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

(1) **Caleb Pair    544657**
    (Name of Plaintiff)      (Inmate Number)

**1181 Paddock Rd. Smyrna, DE 19977**
    (Complete Address with zip code)

:     0 8 - 3 9 8

(2)_____
    (Name of Plaintiff)      (Inmate Number)

:_____
    (Case Number)
    ( to be assigned by U.S. District Court)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

**CIVIL COMPLAINT**

(1) **Harold Terhune**

(2)_____

(3)_____
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

Jury Trial Requested

**FILED**

**JUN 3 0 2008**

**U.S. DISTRICT COURT
DISTRICT OF DELAWARE**

**I.   PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

_____

II.    **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    ⊙ • Yes    • • No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    ⊙ • Yes    • • No

C.    If your answer to "B" is Yes:

   1. What steps did you take? _I filed a grievance against officer Harold Terhune_

   2. What was the result? _It was found to be allegedly "non-grievable."_

D.    If your answer to "B" is No, explain why not: _____

_____

III.   **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Harold W Terhune_

   Employed as _Correctional officer_ at _Deleware Correctional Center_

   Mailing address with zip code: _1181 Paddock Road, Smyrna, Deleware 19977_

(2) Name of second defendant: _____

   Employed as _____ at _____

   Mailing address with zip code: _____

   _____

(3) Name of third defendant: _____

   Employed as _____ at _____

   Mailing address with zip code: _____

   _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On March 19, 2007, Correction officer Harold Terhune, in violation of the prisons use of force policy, violated my Eigth Ammendment rights by assaulting me.

2. On July 23, 2007 I was charged with assault in a dentention facility. On May 6, 2008 I was found not guilty.

3. As a result of officer Terhune's assault I was forced to defend myself and I was punched, sprayed with mace, and sent to Maximum Security for over a year.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am asking for the court to award punitive, compesatory, and nominal damages for emotional injury, physical injury, and loss of privileges and decreased comfort.

3

2. I am also asking that the time that I spent in maximum security be counted as good time to be subtracted from my sentence.

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___23___ day of ___June___, 2_008_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

I/M: *Caleb Pair*

SBI# *544657* UNIT *19*

**DELAWARE CORRECTIONAL CENTER**
**1181 PADDOCK ROAD**
**SMYRNA, DELAWARE 19977**



Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801