CA 08-398 UNA

To Whom it may concern,

Hello my name is Caleb Pair and I filed a civil suit against Harold Terhune and I am asking for you to dismiss my complaint without prejudice because I have not completed my exhaustion requirements. Thank you for your time.

Respectfully,
Caleb Pair

SBI #544657

I/M Caleb Pair

SBI# 544457   UNIT 19

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
United States District Court
844 N King Street, Lockbox 18
Wilmington, DE 19801-3590